**Order entered January 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01015-CR

**MICHAEL D. WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F94-03570-TK**

## ORDER

The Court **DENIES** appellant's January 23, 2013 motion for oral argument. The appeal

will be set for submission on the next available no argument docket.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE